VINCENZO ALAIMO, Respondent, *v.* LUCIA P. ANGE et al., Appellants.

(Submitted November 21, 1930; decided January 6, 1931.)

*Arthur V. D. Chamberlain* for appellants.

*Charles E. Callahan* and *James L. Brewer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.